IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WAYNE ELBERT MEADE, SR., et al. :
:
v. : Civil Action WMN-00-3704
:
WAYNE CURRY, et al. :

### ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 14th day of June 2001, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That Defendant Curry's Motion to Dismiss Based Upon Public Official Immunity (Paper No. 3) is hereby GRANTED;

2. That the Clerk of the Court shall mail or transmit copies of the foregoing memorandum and this order to all counsel of record.

William M. Nickerson
United States District Judge