IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

**WAYNE ALBERT MEADE, SR., et ux.**  :

    Plaintiffs :

v. : Case No.: WMN 00-CV3704

**WAYNE K. CURRY, P.G. COUNTY EXECUTIVE, et al.** :

    Defendants :

_____ :

### STIPULATION OF DISMISSAL

The parties hereto, by and through their counsel of record, stipulate to the dismissal of this action pursuant to FED. R. CIV. P. 41(a)(1).

_____
Jim Baldwin
120 W. Water Street
Centreville, Maryland 21617
Counsel for plaintiffs

_____
Eugene Pickett
Prince George's County Office of Law
County Administration Building
Upper Marlboro, Maryland 20772
Counsel for Wayne K. Curry

APPROVED THIS 8th DAY OF January, 2002

_____
UNITED STATES DISTRICT JUDGE


*JoAnna Schmidt* (signature)

JoAnna Schmidt
210 N. Charles Street, Suite 1415
Baltimore, Maryland 21201
Counsel for Allentown Road Volunteer Fire
Department, Dianne Funk & Carter Anderson